1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CARL HARRISON,                          No.  2:16-cv-1130 MCE CKD P

12              Plaintiff,

13         v.

14    FLORES, et al.,                         ORDER

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  In his third amended complaint, which is before the court for screening under 28

19    U.S.C. § 1915A(a), plaintiff alleges violations of his civil rights by defendant Sgt. Rodreguez.

20    The violations alleged in the third amended complaint took place in Kern County, which is part of

21    the Fresno Division of the United States District Court for the Eastern District of California.  See

22    Local Rule 120(d).  Pursuant to Local Rule 120(f), a civil action may, on the court's own motion,

23    be transferred to the proper division of the court.  Therefore, this action will be transferred to the

24    Fresno Division of the court.

25         Good cause appearing, IT IS HEREBY ORDERED that:

26         1. This action is transferred to the United States District Court for the Eastern District of

27    California sitting in Fresno; and

28    /////

                                         1

1      2. All future filings shall reference the new Fresno case number assigned and shall be

2    filed at:

3
United States District Court
Eastern District of California
2500 Tulare Street

4
Fresno, CA 93721

5    Dated: April 18, 2018

6
_____
CAROLYN K. DELANEY

7
UNITED STATES MAGISTRATE JUDGE

8

9

10   1
harr1130.22

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28